

## Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
The Honorable Magistrate One T. Wang
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

January 18, 2023

Re:  *Dicks v. Pink Olive, Inc.*
      Case No. 1:22-cv-8031-JMF-OTW

**MEMO ENDORSED.**

Dear Judge Wang:

   Plaintiff's Counsel respectfully submits this joint letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled for January 24, 2023. Plaintiff's Counsel and newly retained Defense Counsel, Gregory Blue, request the adjournment to have some additional time to discuss the matter amongst themselves and discuss the possibility of an early resolution herein. The Parties request an adjournment to February 15, 2023, or February 22, 2023, or a date more convenient to the Court. This is the first time this relief is being sought and both Parties consent.

   We thank the Court for its consideration of this matter.

Respectfully submitted,

**MARS KHAIMOV LAW, PLLC**

*/s/ Mars Khaimov*
Mars Khaimov, Esq.

Attorneys for Plaintiff

cc: Gregory Blue, Esq.

Application **GRANTED**. The Initial Case Management Conference previously scheduled for January 24, 2023 is hereby adjourned to **February 15, 2023 at 12:00 p.m.**

**Attendance will be excused only if the parties have resolved the matter by February 15.**

**SO ORDERED.**



_____
Ona T. Wang                    1/20/23
U.S.M.J.