UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
VALERIE DICKS,                       :

          Plaintiff,             :          22-CV-8031 (JMF) (OTW)

        -against-            :          **ORDER**

PINK OLIVE, INC.,                 :

        Defendant.           :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold an in-person post-discovery status conference in this matter on **Thursday, July 20, 2023 at 11:00 a.m.** in in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The parties shall file monthly joint status letters on the last business Friday of each month.

    **SO ORDERED.**

                                                                              *s/ Ona T. Wang*

Dated: February 15, 2023                                  **Ona T. Wang**
       New York, New York                        United States Magistrate Judge