UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALERIE DICKS, on behalf of herself and all others similarly situated,

        *Plaintiff*,

 -against-

PINK OLIVE, INC.,

        *Defendant*.

1:22-cv-08031-JMF-OTW

**STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: June 30, 2023

| | |
|---|---|
| MARS KHAIMOV LAW PLLC | LACHTMAN COHEN P.C. |
| BY: _____ | BY: _____ |
|     Mars Khaimov |     Gregory A. Blue (GB-9569) |
| 10826 64th Avenue, Second Floor | 245 Main Street, Suite 230 |
| Forest Hills, New York 11375 | White Plains, New York 10601 |
| Tel. No.: (929) 324-0717 | Tel. No.: (914) 505-6654 |
| Email: mars@khaimovlaw.com | Email: gblue@lcpclaw.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |