UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALERIE DICKS, on behalf of herself and all others similarly situated,

          *Plaintiff*,

-against-

PINK OLIVE, INC.,

          *Defendant*.

1:22-cv-08031-JMF-OTW

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: June 30, 2023

MARS KHAIMOV LAW PLLC

BY: _____
     Mars Khaimov
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
Tel. No.: (929) 324-0717
Email: mars@khaimovlaw.com

*Attorney for Plaintiff*

LACHTMAN COHEN P.C.

BY: _____
     Gregory A. Blue (GB-9569)
245 Main Street, Suite 230
White Plains, New York 10601
Tel. No.: (914) 505-6654
Email: gblue@lcpclaw.com

*Attorneys for Defendant*

Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed to close the case.

SO ORDERED.

July 5, 2023